IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD MICHAEL TOMASELLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-771-N |
| | § | |
| DIVISION OF CHILD SUPPORT, ET AL, | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this action is DISMISSED for lack of subject matter jurisdiction.

SIGNED this 17th day of May, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE