06/25/2019

**Todd Tomasella's Request to issue cease and desist to defendant Casey Lee Blair.**

**JURISDICTION OF THE UNITED STATES DISTRICT COURT ON FEDERAL QUESTION JURISDICTION.**

Todd Micha-El of the Family Tomasella
Party Aggrieved

VS.

42 U.S.C. § 654(3) ALONE, SEPARATE AND APART CHILD SUPPORT DIVISION;
42 U.S.C. § 654(3) ALONE, SEPARATE AND APART KAUFMAN COUNTY SUPPORT CHILD SUPPORT;
45 C.F.R. § 75.2 CONTRACTOR WARREN KENNETH PAXTON JR;
45 C.F.R. § 75.2 CONTRACTOR KAUFMAN COUNTY TEXAS
45 C.F.R. § 75.2 CONTRACTOR 86th DISTRICT COURT;
45 C.F.R. § 75.2 CONTRACTOR RUTH BLAKE in her Official and Private Capacity;
45 C.F.R. § 75.2 CONTRACTOR CASEY BLAIR in his Official and Private Capacity;
45 C.F.R. § 75.2 CONTRACTOR RHONDA HUGHEY in her Official and Private Capacity;
45 C.F.R. § 75.2 CONTRACTOR BRYAN W. BEAVERS in his Official and Private Capacity;
DEFENDANTS

Case No.: 3-19-CV-771

Jury Trial



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 8 2019
CLERK, U.S. DISTRICT COURT
By_____ Deputy

Dear Judge Godbey and Judge David Horan.

Please enforce this attached cease and desist motion pending this federal lawsuit I have filed with you. The stated injuries and damages cited in this lawsuit make it more than obvious that my Constitutional rights have been grossly violated and that said defendants should stop chasing me down like a wild animal.

See attached Cease and Desist letter which I wish to be filed with the defendants named, namely Casey Lee Blair, judge, 86th District Court, Kaufman, Texas.

*Todd Tomasella* (signature)

Todd Tomasella

# NOTICE TO CEASE AND DESIST

From:

Todd Michael Tomasella

9201 Warren Parkway Ste 200

Frisco, Texas 75035

Date: May 25, 2019


To:

Casey Lee Blair

100 Mulberry

Kaufman, Texas 75142


Casey Lee Blair, you are named as a defendant in the following lawsuit:

Reference: United State District Court: Federal case number: 3-19-CV-771

5th Circuit Court of Appeals, New Orleans, LA. Case: 19-10614


Dear Sitting Judge Casey Lee Blair, 86th District Court, Kaufman, Texas, Case No. 61378

**Re. Notice of Cease and Desist for Specific Activity for purported judge:**

You are required to submit to the 5th Circuit Court of Appeals, New Orleans, Louisiana all documents showing your compliance of the official oath of office of your title, that you are the presiding judge in the 86th District Court Kaufman County, Texas, pursuant to Article 16, section 1, of the Texas State Constitution, and the oath and anti bribery statement, FARA (Foreign Agent Registration Act of 1938) file stamp received with US Attorney Generals Office in Washington, DC file stamped no later than 10 days after the election or appointment to that position, your bond, and the state of appointed or elected official as set forth in the Constitution for their bond for errors and omissions.

This letter is served upon the aforementioned subjects due to malicious litigation, harassment, false imprisonment, fraud, unjust enrichment, masquerading as a government official, impersonating a public servant, violations of Title 28, section 455 of the U.S.C., and violations of the RICO Act directed against Todd Michael Tomasella.

**If you do not cease the aforementioned activities, including any warrant, further legal action will be commenced against you.**

If these activities continue, we will seek an immediate restraining order against you and any accomplices. We will also seek further monetary damages at trial. We hope that this course of action will not be necessary, however, we will take any steps necessary to protect our interests and we will do so vigorously.

You will not receive another warning letter. If you do not confirm in writing to us by July 12, 2019 that you will cease violating the Constitutional rights of Todd Michael Tomasella, legal action will be commenced immediately.

Signed:

*Todd Tomasella*

Todd Michael Tomasella

State of __Alabama__

County of __Madison__

On this, the __25__ day of __June__ 2019, before me a notary public, the foregoing document was acknowledged before me by __Todd Tomasella__, who is personally known to me or who has furnished __Texas Drivers License__ as identification.

In witness hereof, I hereunto set my hand and official seal.

Notary Public

*Brandyn Crutcher*

[Notary Seal: BRANDYN J. CRUTCHER, NOTARY PUBLIC, ALABAMA STATE AT LARGE]