IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TODD MICHAEL TOMASELLA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:19-cv-771-N |
| | § | |
| DIVISION OF CHILD SUPPORT, ET AL, | § | |
| | § | |
| Defendants. | § | |

# **ORDER**

Plaintiff Todd Michael Tomasella moves for leave to proceed *in forma pauperis* ("IFP") as to his appeal of the May 17, 2019 judgment. *See* Dkt. No. 13; *see also* Dkt. Nos. 8 &12. The Court DENIES that motion and CERTIFIES—under 28 U.S.C. § 1915(a)(3) and as fully explained in the magistrate judge's findings, conclusions, and recommendation [Dkt. No. 8]—that the appeal is not taken in good faith.

Tomasella may challenge this finding under *Baugh v. Taylor*, 117 F.3d 197 (5th Cir. 1997), by filing a separate motion to proceed IFP on appeal with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.

SIGNED this 15th day of July, 2019.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE