## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 11, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 19-10614   Todd Tomasella v. Division of Child Support, et al
                            USDC No. 3:19-CV-771

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Casey A. Sullivan, Deputy Clerk
                                        504-310-7642

cc w/encl:
    Mr. Todd Michael Tomasella

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-10614

TODD MICHAEL TOMASELLA,

      Plaintiff - Appellant

v.

DIVISION OF CHILD SUPPORT, 42 U.S.C. 654(3), in its Individual and Official Capacity; KAUFMAN COUNTY CHILD SUPPORT, 45 C.F.R. 75.2 Contractor, in its Individual and Official Capacity; WARREN KENNETH PAXTON, JR., 45 C.F.R. 75.2 Contractor, Director of the IV-D Franchise, in his Individual and Official Capacity; KAUFMAN COUNTY, TEXAS, 45 C.F.R. 75.2 Contractor; 86TH DISTRICT COURT, 45 C.F.R. 75.2 Contractor, in its Individual and Official Capacity; RUTH BLAKE, 45 C.F.R. 75.2 Contractor, in her Individual and Official Capacity; CASEY BLAIR, 45 C.F.R. 75.2 Contractor, in his Individual and Official Capacity; RHONDA HUGHEY, 45 C.F.R. 75.2 Contractor, in her Individual and Official Capacity; BRYAN W. BEAVERS, 45 C.F.R. 75.2 Contractor, in his Individual and Official Capacity,

      Defendants - Appellees

**A True Copy**
Certified order issued Dec 11, 2019

*Tyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Northern District of Texas

CLERK'S OFFICE:

      Under 5TH CIR. R. 42.3, the appeal is dismissed as of December 11, 2019, for want of prosecution. The appellant failed to timely file record excerpts.

The brief also remains insufficient as noted in this court's letter dated September 17, 2019. If appellant moves to reopen the appeal, both record excerpts and a sufficient brief must accompany any motion to reopen this appeal.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By: _____
                              Casey A. Sullivan, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT